**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CAROLYN M. HALL,<br><br>               Plaintiff,<br><br>     v.<br><br>CENTRAL LOAN ADMINISTRATION AND REPORTING,<br><br>               Defendant. | Civil Action No. 22-04876 (GC) (TJB)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon the Report and Recommendation (R&R) entered on March 11, 2024, by the Honorable Tonianne J. Bongiovanni, U.S.M.J., recommending that this case be dismissed with prejudice for Plaintiff Carolyn M. Hall's failure to prosecute. (ECF No. 12.)  The deadline to object to the R&R was March 25. (*See id.* at 7.)  To date, no party has filed or otherwise advised the Court of an objection.  This Court has carefully considered the reasons set forth in the R&R.  Based on the foregoing, and for other good cause shown,

IT IS on this ___ day of April 2024 **ORDERED** as follows:

1. The R&R of Judge Bongiovanni (ECF No. 12) is **ADOPTED** as the conclusions of law of this Court.

2. Plaintiff's complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE.**

3. The Clerk of Court is directed to **CLOSE** this case and mail Plaintiff a copy of the R&R and this Order.

GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE